**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT FLORIDA**

**CASE NO. 1:20-cv-22615-WILLIAMS**

MALAUBE, LLC,

    Plaintiff,
vs.

GREENWICH INSURANCE COMPANY,

    Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Malaube, LLC, by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby voluntarily dismisses this action without prejudice.

    Respectfully submitted,

    HERSKOWITZ SHAPIRO
    Two Datran Center
    9130 S. Dadeland Blvd., Suite 1609
    Miami, FL 33156
    t: (305) 423-1986; f: (305) 670-3884

  By:   */s/ Lyle E. Shapiro*
        LYLE. SHAPIRO
        Florida Bar No: 120324
        lyle@hslawfl.com
        KRYSTINA T. ENDARA
        Florida Bar No.: 1004139
        krystina@hslawl.com

    **AND**

        GALLUP AUERBACH
4000 Hollywood Boulevard Presidential Circle-Suite 265 South Hollywood, Florida 33021
t: 954-894-3035; f: 954-894-8015

By:    /s/ Jacob K. Auerbach JACOB K. AUERBACH Florida Bar No: 084003 jauerbach@gallup-law.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 8, 2020, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record indicated in the attached service list via transmission of Notice of Electronic Filing generated by CM/ECF.

        /s/   Lyle E. Shapiro
            Lyle E. Shapiro